**Exhibit "A"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-046-891**

Effective Date of Registration:
January 23, 2017

## Title

**Title of Work:** ADLIFE-COLLECTION-011317

**Content Title:** Group registration of photos published 01-11-1998 through 12-05-1998; about 230 photos total.

ChickenBreastBacon001_ADL, 09-10-1998;
ChickenBreastBBQ001eps_ADL, 07-08-1998;
ChickenBreastBBQ002_ADL, 07-08-1998;
ChickenBreastBBQ003_ADL, 07-08-1998;

ChickenBreastBBQ004_ADL, 07-08-1998;
ChickenBreastBBQ005_ADL, 07-08-1998;
ChickenBreastBBQ006_ADL, 07-08-1998;
ChickenBreastBBQ007_ADL, 07-08-1998;
ChickenBreastBnIn001_ADL, 11-05-1998;

ChickenBreastBnIn002_ADL, 08-18-1998;
ChickenBreastBnIn003_ADL, 08-18-1998;
ChickenBreastBnIn004_ADL, 08-18-1998;
ChickenBreastBnInWhole001_ADL, 08-18-1998;
ChickenBreastBnInWhole002_ADL, 08-18-1998;

ChickenBreastBnInWhole003_ADL, 08-18-1998;
ChickenBreastBnInWhole004_ADL, 04-23-1998;
ChickenBreastBnInWhole005_ADL, 05-22-1998;
ChickenBreastBnls001_ADL, 08-18-1998;
ChickenBreastBnls002_ADL, 08-18-1998;

ChickenBreastBnls003_ADL, 10-24-1998;
ChickenBreastBnls004_ADL, 08-18-1998;
ChickenBreastBnls005_ADL, 09-05-1998;
ChickenBreastBnls006_ADL, 08-18-1998;
ChickenBreastBnls007_ADL, 10-26-1998;

ChickenBreastBnls009_ADL, 08-18-1998;
ChickenBreastBnls010_ADL, 11-17-1998;
ChickenBreastBnls011_ADL, 01-20-1998;
ChickenBreastBnls012_ADL, 08-18-1998;
ChickenBreastBnls013_ADL, 01-13-1998;
ChickenBreastBnls014_ADL, 11-11-1998;

ChickenBreastBnls015_ADL, 08-05-1998;
ChickenBreastBnls016_ADL, 05-13-1998;
ChickenBreastBnls017_ADL, 05-13-1998;

ChickenBreastBnls018_ADL, 08-24-1998;
ChickenBreastBnls019_ADL, 08-24-1998;

ChickenBreastBnlsGrlMrk004_ADL, 11-19-1998;
ChickenBreastBnlsGrlMrk005_ADL, 11-19-1998;
ChickenBreastBnlsGrlMrk008_ADL, 07-20-1998;
ChickenBreastBnlsGrlMrk010_ADL, 09-05-1998;
ChickenBreastBnlsGrlMrk012_ADL, 08-05-1998;

ChickenBreastBnlsGrlMrk013_ADL, 08-18-1998;
ChickenBreastBnlsGrlMrk014_ADL, 08-18-1998;
ChickenBreastBnlsGrlMrk016_ADL, 10-15-1998;
ChickenBreastBnlsGrlMrk017_ADL, 09-05-1998;
ChickenBreastBnlsGrlMrk018_ADL, 09-05-1998;

ChickenBreastBnlsGrlMrk019_ADL, 11-12-1998;
ChickenBreastBnlsGrlMrk020_ADL, 07-16-1998;
ChickenBreastBnlsGrlMrk022_ADL, 06-05-1998;
ChickenBreastBnlsGrlMrk023_ADL, 03-20-1998;
ChickenBreastBnlsGrlMrk024_ADL, 06-24-1998;

ChickenBreastBnlsGrlMrk025_ADL, 04-10-1998;
ChickenBreastBnlsGrlMrk026_ADL, 04-05-1998;
ChickenBreastBnlsGrlMrk027_ADL, 04-10-1998;
ChickenBreastBnlsGrlMrkLemon001_ADL, 10-27-1998;
ChickenBreastBnlsGrlMrkTeriyaki001_ADL, 10-27-1998;

ChickenBreastBnlsSknls001_ADL, 08-18-1998;
ChickenBreastBnlsSknls002_ADL, 08-18-1998;
ChickenBreastBnlsSknls003_ADL, 08-18-1998;
ChickenBreastBnlsSknls004_ADL, 07-16-1998;
ChickenBreastBnlsSknls005_ADL, 08-18-1998;

ChickenBreastBnlsSknls006_ADL, 08-18-1998;
ChickenBreastBnlsSknls007_ADL, 12-05-1998;
ChickenBreastBnlsSknls008_ADL, 11-05-1998;
ChickenBreastBnlsSknls009_ADL, 08-18-1998;
ChickenBreastBnlsSknls011_ADL, 10-05-1998;

ChickenBreastBnlsSknls012_ADL, 08-18-1998;
ChickenBreastBnlsSknls013_ADL, 05-10-1998;
ChickenBreastBnlsSknls014_ADL, 04-10-1998;
ChickenBreastBnlsSknls015_ADL, 10-26-1998;
ChickenBreastBreaded001_ADL, 09-05-1998;

ChickenBreastBreaded002_ADL, 01-22-1998;
ChickenBreastCutlet001_ADL, 10-26-1998;
ChickenBreastCutlet002_ADL, 02-27-1998;
ChickenBreastCutlet003_ADL, 02-27-1998;
ChickenBreastCutlet004_ADL, 02-27-1998;
ChickenBreastCutlet005_ADL, 02-27-1998;

ChickenBreastCutlet006_ADL, 02-27-1998;
ChickenBreastCutlet007_ADL, 02-27-1998;
ChickenBreastFried001_ADL, 11-16-1998;
ChickenBreastGrilledSpinachMozzarella001_ADL, 02-05-1998;
ChickenBreastGrilledSpinachMozzarella002_ADL, 02-05-1998;



ChickenBreastGrilledSpinachMozzarella003_ADL, 02-05-1998;

ChickenBreastRoasted001_ADL, 08-18-1998;
ChickenBreastRoasted002_ADL, 08-18-1998;
ChickenBreastRoasted003_ADL, 08-18-1998;
ChickenBreastSliced001_ADL, 11-17-1998;

ChickenBreastSliced002_ADL, 11-05-1998;
ChickenBreastSplit001_ADL, 08-18-1998;
ChickenBreastSplit002_ADL, 08-18-1998;
ChickenBreastSplit003_ADL, 12-05-1998;
ChickenBreastSplit004_ADL, 09-21-1998;

ChickenBreastSplit005_ADL, 08-18-1998;
ChickenBreastSplit006_ADL, 10-08-1998;
ChickenBreastSplit007_ADL, 08-18-1998;
ChickenBreastSplit008_ADL, 08-18-1998;
ChickenBreastSplit009_ADL, 07-16-1998;

ChickenBreastSplit011_ADL, 08-18-1998;
ChickenBreastSplit012_ADL, 08-18-1998;
ChickenBreastSplit013_ADL, 08-18-1998;
ChickenBreastSplit014_ADL, 11-18-1998;
ChickenBreastSplit015_ADl, 09-17-1998;

ChickenBreastSplit017_ADL, 09-05-1998;
ChickenBreastSplit018_ADL, 07-05-1998;
ChickenBreastSplit019_ADL, 08-18-1998;
ChickenBreastSplit020_ADL, 08-18-1998;
ChickenBreastSplit021_ADL, 08-18-1998;

ChickenBreastSplit022_ADL, 08-18-1998;
ChickenBreastSplit023_ADL, 08-18-1998;
ChickenBreastSplit024_ADL, 08-18-1998;
ChickenBreastSplit025_ADL, 08-18-1998;
ChickenBreastSplit026_ADL, 08-18-1998;

ChickenBreastSplit027_ADL, 04-05-1998;
ChickenBreastSplit028_ADL, 02-21-1998;
ChickenBreastSplit029_ADL, 11-20-1998;
ChickenBreastSplit030_ADL, 11-20-1998;
ChickenBreastSplit031_ADL, 05-08-1998;
ChickenBreastSplitBBQ001_ADL, 02-25-1998;

ChickenBreastSplitBBQ002_ADL, 08-18-1998;
ChickenBreastSplitGrlMrk002_ADL, 07-16-1998;
ChickenBreastSplitGrlMrk003_ADL, 05-10-1998;
ChickenBreastSplitGrlMrk004_ADL, 05-08-1998;
ChickenBreastSplitGrlMrk005_ADL, 05-08-1998;

ChickenBreastStuffed002_ADL, 08-18-1998;
ChickenBreastStuffed003_ADL, 11-16-1998;
ChickenBreastStuffed004_ADL, 08-18-1998;
ChickenBreastStuffed005_ADL, 11-19-1998;
ChickenBreastStuffed006_ADL, 11-14-1998;

ChickenBreastStuffed007_ADL, 08-18-1988;

ChickenBreastStuffed008_ADL, 11-17-1998;

ChickenBreastWhole001_ADL, 08-18-1998;
ChickenBreastWhole002_ADL, 08-18-1998;
ChickenBreastWhole003_ADL, 08-18-1998;

ChickenBreastWhole004_ADL, 08-18-1998;
ChickenBreastWhole005_ADL, 08-18-1998;
ChickenBreastWhole006_ADL, 08-18-1998;
ChickenBreastWhole007_ADL, 08-18-1998;
ChickenBreastWhole008_ADL, 08-18-1998;

ChickenBreastWhole009_ADL, 11-19-1998;
ChickenBreastWhole010_ADL, 05-05-1998;
ChickenBreastWhole011_ADL, 08-18-1998;
ChickenBreastWhole012_ADL, 04-19-1998;
ChickenBreastWhole013_ADL, 03-22-1998;

ChickenBreastWhole014_ADL, 11-20-1998;
ChickenBreastWhole015_ADL, 06-17-1998;
ChickenBreastWhole016_ADL, 06-17-1998;
ChickenBreastWhole017_ADL, 06-17-1998;
ChickenBreastWhole018_ADL, 06-17-1998;

ChickenBreastWhole019_ADL, 06-17-1998;
ChickenBreastWhole020_ADL, 07-08-1998;
ChickenBreastWhole021_ADL, 07-08-1998;
ChickenBreastWhole022_ADL, 07-08-1998;
ChickenBreastWhole023_ADL, 07-08-1998;

ChickenBreastWhole024_ADL, 07-08-1998;
ChickenBreastWhole025_ADL, 07-08-1998;
ChickenBreastWholeGrlMrk001_AD, 08-18-1998;
ChickenBreastWholeGrlMrk002_ADL, 06-17-1998;
ChickenBreastWholeGrlMrk003_ADL, 06-17-1998;

ChickenBreastWholeGrlMrk004eps_ADL, 06-17-1998;
ChickenBreastWholeGrlMrk005_ADL, 06-17-1998;
ChickenBreastWholeGrlMrk006_ADL, 07-08-1998;
ChickenBreastWholeGrlMrk007_ADL, 07-08-1998;
ChickenBreastWholeGrlMrk008_ADL, 07-08-1998;
ChickenBreastWholeGrlMrk009_ADL, 07-08-1998;

ChickenBreastWholeGrlMrk010_ADL, 07-08-1998;
ChickenBreastWholeGrlMrk011_ADL, 07-08-1998;
ChickenBreastWholeGrlMrk012_ADL, 07-08-1998;
ChickenBreastWholeGrlMrk013_ADL, 11-16-1998
ChickenFried001_ADL, 08-18-1998;

ChickenFried002_ADL, 02-21-1998;
ChickenFried003_ADL, 08-11-1998;
ChickenFried004_ADL, 08-11-1998;
ChickenFried005_ADL, 08-11-1998
ChickenFried006_ADL, 08-17-1998;

ChickenFried007_ADL, 08-11-1998;



ChickenFried008_ADL, 12-05-1998;
ChickenFried009_ADL, 08-11-1998;
ChickenFried010_ADL, 05-19-1998;
ChickenFried012_ADL, 08-12-1998;

ChickenFried014_ADL, 08-05-1998;
ChickenFried015_ADL, 11-15-1998;
ChickenFried016_ADL, 08-05-1998;
ChickenFried017_ADL, 08-05-1998;
ChickenFried019_ADL, 03-11-1998;

ChickenFried020_ADL, 04-08-1998;
ChickenFried021_ADL, 02-05-1998;
ChickenFried022_ADL, 05-13-1998;
ChickenFried023_ADL, 05-13-1998;
ChickenFried024_ADL, 05-13-1998;

ChickenFried025_ADL, 05-13-1998;
ChickenFried026_ADL, 05-13-1998;
ChickenFriedBox001_ADL, 08-17-1998;
ChickenFriedBox002_ADL, 08-05-1998;
ChickenFriedBox003_ADL, 06-08-1998;

ChickenHalfGlazed001_ADL, 06-05-1998;
RawBeefSirloinSteakTop001_ADL, 08-25-1998;
RawBeefSirloinStrip001_ADL, 08-25-1998;
RawBeefStripRoastNYBnls001_ADL, 11-10-1998;
RawBeefStripSteakBnIn001_ADL, 08-25-1998;

RawBeefStripSteakBnls001_ADL, 09-25-1998;
RawBeefStripSteakBnls002_ADL, 09-25-1998;
RawBeefStripSteakBnls003_ADL, 08-25-1998;
RawBeefStripSteakBnls004_ADL, 03-26-1998;
RawBeefStripSteakBnls005_ADL, 02-05-1998;

RawBeefStripSteakBnls006_ADL, 04-15-1998;
RawBeefStripSteakBnls007_ADL, 02-24-1998;
RawBeefStripSteakBnls008_ADL, 06-16-1998;
RawBeefStripSteakBnls009_ADL, 06-16-1998;
RawBeefStripSteakBnls010_ADL, 06-16-1998;
RawBeefStripSteakBnls011_ADL, 07-23-1998;

RawBeefStripSteakBnls012_ADL, 05-15-1998;
RawBeefStripSteakNYBnls001_ADL, 09-16-1998;
RawBeefStripSteakNYBnls002_ADL, 11-15-1998;
RawBeefStripSteakNYBnls003_ADL, 11-16-1998;
RawBeefStripSteakNYBnls004_ADL, 05-15-1998;

RawBeefStripSteakNYBnls005_ADL, 09-22-1998;
RawBeefStripSteakNYBnls006_ADL, 09-22-1998;
RawBeefStripSteakNYBnls007_ADL, 09-22-1998;
RawBeefTenderloinButterflied001_ADL, 02-24-1998;
RawBeefTenderloinButterflied002_ADL, 02-24-1998;

RawBeefTenderloinRoast001_ADL, 08-16-1998;
RawBeefTenderloinRoast002_ADL, 11-12-1998;

RawBeefTenderloinSteak001_ADL, 08-16-1998;
RawBeefTipRoastBnls001_ADL, 08-16-1998;
RawBeefTipRoastBnls002_ADL, 08-16-1998;

RawBeefTipRoastBnls003_ADL, 05-11-1998;
RawBeefTips001_ADL, 06-16-1998;
RawBeefTips002_ADL, 06-16-1998;
RawBeefTips003_ADL, 06-16-1998;
RawBeefTips004_ADL, 06-16-1998;

RawBeefTips005_ADL, 06-16-1998;
RawBeefTips006_ADL, 06-16-1998;
RawBeefTips007_ADL, 06-16-1998;
RawBeefTipSteak001_ADL, 08-16-1998;
RawBeefTipSteak002_ADL, 07-24-1998;

RawBeefTopRndSteakBraccioli001_ADL, 04-05-1998;
RawBeefTopRoundRoastBnls001_ADL, 08-16-1998;
RawBeefTopRoundRoastBnls002_ADL, 08-16-1998;
RawBeefTopRoundRoastBnls003_ADL, 09-18-1998;
RawBeefTopRoundRoastBnls004_ADL, 09-22-1998;

RawBeefTopRoundRoastBnls005_ADL, 02-13-1998;
RawBeefTopRoundRoastBnls006_ADL, 04-27-1998;
RawBeefTopRoundRoastBnls007_ADL, 04-27-1998;
RawBeefTopRoundSteak001_ADL, 08-11-1998;
RawBeefTopRoundSteak002_ADL, 08-11-1998;

RawBeefTopRoundSteak003_ADL, 08-11-1998;
RawBeefTripe001_ADL, 05-12-1998;
RawBeefTripe002_ADL, 03-05-1998;
RawBeefTriTipRoastBnls001_ADL, 04-05-1998;

RawTriTipSteak001_ADL, 09-05-1998;
RawTriTipSteak002_ADL, 11-16-1998.



## Completion/Publication

**Year of Completion:** 1998
**Date of 1st Publication:** January 13, 1998
**Nation of 1st Publication:** United States

## Author

- **Author:** ADLIFE Marketing & Communications Co. Inc., Employer-for-Hire of Joel Albrizio
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Adlife Marketing & Communications Co. Inc.
38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States

## Rights and Permissions

      Organization Name: SHORES & OLIVER PC
      Name: Milton M. Oliver. Esq.
      Email: milton.oliver@shoresoliver.com
      Telephone: (774)521-3058
      Alt. Telephone: (781)910-9664
      Address: PO BOX 790
      COTUIT, MA 02635-0790 United States

## Certification

      Name: MILTON M. OLIVER, Esq.
      Date: January 23, 2017
      Applicant's Tracking Number: 873-057-338

