**Exhibit "B"**



