COPYRIGHT,JA

# U.S. District Court
# Western District of Pennsylvania (Pittsburgh)
# CIVIL DOCKET FOR CASE #: 2:23-cv-00745-NR

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. V. SY'S PIZZA & SUB SHOP, LLC | Date Filed: 05/04/2023 |
| Assigned to: Judge J. Nicholas Ranjan | Jury Demand: Plaintiff |
| Cause: 17:501 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**PREPARED FOOD PHOTOS, INC.**           represented by   **Daniel DeSouza**
*formerly known as*                                                         Copycat Legal
ADLIFE MARKETING &                                                3111 N. University Drive
COMMUNICATIONS CO. INC.                                     Ste 301
                                                                                      Coral Springs, FL 33065
                                                                                      877-437-6228
                                                                                      Email: ddesouza@desouzalaw.com
                                                                                      *LEAD ATTORNEY*
                                                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SY'S PIZZA & SUB SHOP, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2023 | 4 | AO 121 NOTICE by PREPARED FOOD PHOTOS, INC. (DeSouza, Daniel) (Entered: 05/08/2023) |
| 05/05/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE Attorney to submit AO 121 Report on the Filing or Determination of an Action or appeal Regarding a Copyright. Attorney advised to file the Notice within 7 days. The link to the report can be found under Other Forms at: **http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx** (elt) (Entered: 05/05/2023) |
| 05/05/2023 | 2 | Summons Issued as to SY'S PIZZA & SUB SHOP, LLC (elt) Modified text on 5/5/2023. (elt) (Entered: 05/05/2023) |
| 05/04/2023 | 1 | COMPLAINT against SY'S PIZZA & SUB SHOP, LLC (Filing fee, including Administrative fee, $402, receipt number APAWDC-7673597), filed by PREPARED FOOD PHOTOS, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet) (Entered: 05/05/2023) |