IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Case No. 2:23-cv-00745-NR

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

SY'S PIZZA & SUB SHOP, LLC,

    Defendant.

## MOTION FOR CLERK'S DEFAULT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55, hereby moves for entry of a default by the Clerk against defendant Sy's Pizza & Sub Shop, LLC ("Defendant"), and in support thereof states as follows:

1. On May 5, 2023, Plaintiff filed its Complaint in this action.

2. On May 25, 2023, Defendant was served with a copy of the Summons and Complaint in this action. See D.E. 8.

3. Defendant's response/answer to the Complaint was due on June 15, 2023.

4. As the docket in this action reveals, Defendant failed to file any Answer or otherwise respond to the Complaint as required by the Court.

5. Attached to this Motion as Exhibit "A" is a proposed default for entry by the Clerk.

**WHEREFORE,** Plaintiff respectfully requests that the Clerk enter a default against Defendant and for such other and further relief as the Court deems proper under the circumstances.

| | |
|---|---|
| Dated: June 21, 2023. | COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>By: /s/ Daniel DeSouza\_\_\_\_<br>　　　Daniel DeSouza, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza\_\_\_\_
Daniel DeSouza, Esq.

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Case No. 2:23-cv-00745-NR

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

SY'S PIZZA & SUB SHOP, LLC,

    Defendant.

## **DEFAULT**

A Default is hereby entered in this action against defendant Sy's Pizza & Sub Shop, LLC for failure to serve or file an Answer or otherwise respond to the Complaint as required by law.

Dated this _____ day of _____, 2023.

                        Clerk of Courts

                        By:_____
                            Deputy Clerk